# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In Re: §
§
J + J MIDWEST TRANSPORTATION INC., § Case No. 16-02226
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/25/2016 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 30,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3,386.48 |
| Bank service fees | | 669.21 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 25,944.31 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/14/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 398.09 , for total expenses of $ 398.09 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/17/2018                    By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-02226 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | J + J MIDWEST TRANSPORTATION INC., | | | | Date Filed (f) or Converted (c): | 01/25/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/17/2016 |
| For Period Ending: | 07/17/2018 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with BMO Harris | 60.00 | 0.00 | | 0.00 | FA |
| 2. checking account with BMO Harris, Frankfort, IL Branch | 0.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 10,180.00 | 10,180.00 | | 0.00 | FA |
| 4. 2001 Yellow Freightliner Sleeper Cab Tractor | 18,000.00 | 18,000.00 | | 5,000.00 | FA |
| 5. 1996 White International Day Cab Tractor | 7,000.00 | 7,000.00 | OA | 0.00 | FA |
| 6. 2005 Black Hart Trailer | 35,000.00 | 35,000.00 | | 25,000.00 | FA |
| 7. 2003 Black Hart Trailer | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 8. Used office equipment, including paper, pens, envelopes | 150.00 | 150.00 | | 0.00 | FA |
| 9. Two Used Tablet Computers | 150.00 | 150.00 | | 0.00 | FA |
| 10. Adversary Case 17-00259 Judgment Order (u) | 0.00 | 28,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $98,540.00 | $126,480.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into location of assets and possible liquidation of the same 4/4/2016. Motion to employ auctioneer granted 6/24/2016 see Dkt# 15. Motion for turnover granted 7/1/2016 see Dkt# 16. Motion for 2004 exams granted 8/12/2016 see Dkt#'s 25-27. Motion to sell granted 9/16/2016 see Dkt# 33. Motion to sell granted 12/2/2016 see Dkt# 45. Motion to abandon vehicle granted 1/20/2017 see Dkt# 48. Filed Motion to Employ Attorney on 2/8/17 see Dkt# 50. Adversary filed against shareholder 5/21/2017. Filed Motion to employ Accountant on 2/9/2017, see Dkt# 51. Filed Motion for Default Judgment granted in Adversary 8/21/2017. Citation to discover assets served on Adversary defendant 10/31/2017 dkt# 14. Adversay Judgment is uncollectable as Defendant, James LaSalvia, Jr filed a Chapter 7 Bankruptcy and discharge entered 7-12-2018.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Mostly multiple small collections that principal James LaSalvia Jr. may or may not have already obtained funds.  Trustee does not believe that it makes business sense to pursue these collections given the costs of employing attorney and filing costs, etc. |
| RE PROP # | 5 | -- | Abandoned per dckt# 48 court order. |
| RE PROP # | 7 | -- | Fully adminstered because Debtor's principal James LaSalvia Jr. testified at deposition that he sold the vehicle prior to the filing of the bankruptcy.  Trustee shall file adversary against Mr. LaSalvia Jr for the value received $17,500.00. |
| RE PROP # | 10 | -- | Judgment is uncollectable as Defendant, James LaSalvia, Jr filed a Chapter 7 Bankruptcy and discharge entered 7-12-2018. |

Initial Projected Date of Final Report (TFR): 05/02/2017     Current Projected Date of Final Report (TFR): 03/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-02226 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: J + J MIDWEST TRANSPORTATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5728 |
| | Checking |
| Taxpayer ID No: XX-XXX5323 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | 4 | American Auction Assocs, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Sales proceeds from Auction of vehicles Liquidation of 2001 Freighter Liner per court approval | 1129-000 | $5,000.00 | | $5,000.00 |
| 09/23/16 | 6 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation proceeds from Sch B Property Sale of 2005 Hart Trailer per court order | 1129-000 | $25,000.00 | | $30,000.00 |
| 09/23/16 | 1001 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Payment to Auctioneer Payment for sale of 2005 Hart trailer | 3610-000 | | $2,000.00 | $28,000.00 |
| 09/23/16 | 1002 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Payment to Auctioneer Payment of expenses | 3620-000 | | $700.00 | $27,300.00 |
| 10/04/16 | 1003 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | Payment to Auctioneer Reversal Check written for wrong amount-to be re-issued | 3620-000 | | ($551.41) | $27,851.41 |
| 10/04/16 | 1003 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | Payment to Auctioneer Court Order Dkt# 36 | 3620-000 | | $551.41 | $27,300.00 |
| 10/04/16 | 1004 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | Payment to Auctioneer sale of 2001 Freightliner Truck expenses approved dkt# 36 | 3620-000 | | $555.41 | $26,744.59 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.78 | $26,727.81 |
| 10/14/16 | 1005 | Metro Reporting Service Ltd 311 S. County Farm Rd. 2nd Floor, Ste E Wheaton, IL 60187 | Trustee Expense - 2004 Exam Reporter Court Reporter for approved 2004 exam | 3992-000 | | $105.00 | $26,622.81 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.08 | $26,581.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $30,000.00 | $3,418.27 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-02226
Case Name: J + J MIDWEST TRANSPORTATION INC.,
Taxpayer ID No: XX-XXX5323
For Period Ending: 07/17/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5728
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $38.25 | $26,543.48 |
| 01/09/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $39.46 | $26,504.02 |
| 02/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $39.41 | $26,464.61 |
| 02/07/17 | 1006 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 |  | $15.02 | $26,449.59 |
| 03/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.53 | $26,414.06 |
| 04/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $39.27 | $26,374.79 |
| 05/05/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.95 | $26,336.84 |
| 06/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $39.15 | $26,297.69 |
| 07/10/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.84 | $26,259.85 |
| 08/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $39.05 | $26,220.80 |
| 09/08/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $38.98 | $26,181.82 |
| 10/06/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.67 | $26,144.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $0.00      $437.58

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-02226 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: J + J MIDWEST TRANSPORTATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5728 |
| | Checking |
| Taxpayer ID No: XX-XXX5323 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.87 | $26,105.28 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.56 | $26,067.72 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.76 | $26,028.96 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.70 | $25,990.26 |
| 02/08/18 | 1007 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $11.05 | $25,979.21 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.90 | $25,944.31 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $4,055.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $4,055.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $4,055.69 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $0.00    $199.84

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5728 - Checking | $30,000.00 | $4,055.69 | $25,944.31 |
| | $30,000.00 | $4,055.69 | $25,944.31 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-02226-BWB  
Debtor Name: J + J MIDWEST TRANSPORTATION INC.,  
Claims Bar Date: 7/14/2016  

Date: July 17, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,750.00 | $3,750.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $398.09 | $398.09 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,428.00 | $1,428.00 |
| 100 3610 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,000.00 | $2,000.00 |
| 100 3620 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $700.00 | $700.00 |
| 100 3620 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 South Thomas Avenue<br>Bridgeview, IL 60455 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $555.41 | $555.41 |
| 100 3992 | Metro Reporting Service Ltd<br>311 S. County Farm Rd.<br>2nd Floor, Ste E<br>Wheaton, IL 60187 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $105.00 | $105.00 |
| 1 300 7100 | GROUNDED INDUSTRIAL SERVICES LLC<br>C/O BRIDGETT IPEMA<br>5659 WEST COURT STREET<br>MONEE, IL 60449 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $8,300.00 | $8,300.00 |
| 2 300 7100 | IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY, NJ 07302 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,358.34 | $2,358.34 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-02226-BWB                                                                                     Date: July 17, 2018
Debtor Name: J + J MIDWEST TRANSPORTATION INC.,
Claims Bar Date: 7/14/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 | SHERRI CANNONITO | Unsecured | | $0.00 | $5,000.00 | $5,000.00 |
| 350 | 879 SOMERSET COURT | Payment Status: | | | | |
| 7200 | NEW LENOX, IL 60451 | Valid To Pay | | | | |
| 4 | JOSEPH CANNONITO | Unsecured | | $0.00 | $64,000.00 | $64,000.00 |
| 350 | 879 SOMERSET COURT | Payment Status: | | | | |
| 7200 | NEW LENOX, IL 60451 | Valid To Pay | | | | |
| | Case Totals | | | $0.00 | $88,594.84 | $88,594.84 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-02226
Case Name: J + J MIDWEST TRANSPORTATION INC.,
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 25,944.31

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 398.09 | $ 0.00 | $ 398.09 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,428.00 | $ 0.00 | $ 1,428.00 |
| Auctioneer Fees: American Auction Associates, Inc. | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 700.00 | $ 700.00 | $ 0.00 |
| Other: AMERICAN AUCTION ASSOCIATES, INC. | $ 555.41 | $ 555.41 | $ 0.00 |
| Other: Metro Reporting Service Ltd | $ 105.00 | $ 105.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     5,576.09

Remaining Balance     $     20,368.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,658.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GROUNDED INDUSTRIAL SERVICES LLC | $ 8,300.00 | $ 0.00 | $ 8,300.00 |
| 2 | IPFS CORPORATION | $ 2,358.34 | $ 0.00 | $ 2,358.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,658.34 |
| | Remaining Balance | | | $ 9,709.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 69,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 14.1 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | SHERRI CANNONITO | $ 5,000.00 | $ 0.00 | $ 703.61 |
| 4 | JOSEPH CANNONITO | $ 64,000.00 | $ 0.00 | $ 9,006.27 |
| | Total to be paid to tardy general unsecured creditors | | | $ 9,709.88 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE