Case 16-02226   Doc 60   Filed 08/16/18   Entered 08/16/18 15:49:30   Desc Main
                            Document      Page 1 of 6


# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| J + J MIDWEST TRANSPORTATION INC., § § | Case No. 16-02226 |
| § | |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on September 14, 2018,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/16/18                              By: /s/ Peter N. Metrou
                                                              Chapter 7 Trustee

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-02226 |
| | ) | CHAPTER 7 |
| J + J Midwest Transportation, Inc., | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 16th day of August, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                      */s/ Peter N. Metrou*
                                                      **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

# SERVICE LIST

**Sent Via First-Class Mail**

Grounded Industrial Service LLC
5659 W. Court Street
Monee, IL 60449-9614

Advanced Financial Services
168 E. Lake Street
Elmhurst, IL 60126-2013

Joseph Cannonito
19746 Edinburgh Lane
Frankfort, IL 60423-6921

Sherri Cannonito
19746 Edinburgh Lane
Frankfort, IL 60423-6921

Grounded Industrial Services LLC
c/o Bridgett Ipema
5659 West Court Street
Monee, IL 60449-9614

D & D Tire Service LLC
179 Voight Place
Granite City, IL 62040-2747

J + J Midwest Transportation Inc.
19746 Edinburgh Lane
Frankfort, IL 60423-6921

Wagoneers Automotive Service, Inc.
6200 S. Ashland Avenue
Chicago, IL 60636-2324

James LaSalvia
5002 Montauk Drive
Plainfield, IL 60586

**Sent Via Email**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn
7th Floor
Chicago, IL 60604

Eric Zelazny
116 N. Chicago St.
Suite 302
Joliet, IL 60432

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
J + J MIDWEST TRANSPORTATION INC., § Case No. 16-02226
§
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 4,055.69 |
| leaving a balance on hand of[1] | $ | 25,944.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 398.09 | $ 0.00 | $ 398.09 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,428.00 | $ 0.00 | $ 1,428.00 |
| Auctioneer Fees: American Auction Associates, Inc. | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 700.00 | $ 700.00 | $ 0.00 |
| Other: AMERICAN AUCTION ASSOCIATES, INC. | $ 555.41 | $ 555.41 | $ 0.00 |
| Other: Metro Reporting Service Ltd | $ 105.00 | $ 105.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ 5,576.09 |
|---|---|---|
| | Remaining Balance | $ 20,368.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,658.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GROUNDED INDUSTRIAL SERVICES LLC | $ 8,300.00 | $ 0.00 | $ 8,300.00 |
| 2 | IPFS CORPORATION | $ 2,358.34 | $ 0.00 | $ 2,358.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,658.34 |
| | Remaining Balance | | | $ 9,709.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 69,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | SHERRI CANNONITO | $ 5,000.00 | $ 0.00 | $ 703.61 |
| 4 | JOSEPH CANNONITO | $ 64,000.00 | $ 0.00 | $ 9,006.27 |
| | Total to be paid to tardy general unsecured creditors | | | $ 9,709.88 |
| | Remaining Balance | | | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>

Prepared By: /s/ Peter N. Metrou

<div align="right">Chapter 7 Trustee</div>

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*