# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § <br> § <br> J + J MIDWEST TRANSPORTATION § <br> INC., § <br> § <br> § <br> Debtor § | § <br> § <br> Case No. 16-02226 <br> § <br> § <br> § <br> § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 45,540.00          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,368.22          Claims Discharged
                                                     Without Payment: NA

Total Expenses of Administration: 9,631.78

---

3) Total gross receipts of $ 30,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,631.78 | 9,631.78 | 9,631.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 79,658.34 | 79,658.34 | 20,368.22 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 89,290.12 | $ 89,290.12 | $ 30,000.00 |

    4) This case was originally filed under chapter 7 on 01/25/2016. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2018     By: /s/Peter N. Metrou, Trustee
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Yellow Freightliner Sleeper Cab Tractor | 1129-000 | 5,000.00 |
| 2005 Black Hart Trailer | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Peter N. Metrou | 2200-000 | NA | 398.09 | 398.09 | 398.09 |
| International Sureties Ltd. | 2300-000 | NA | 11.05 | 11.05 | 11.05 |
| LTD. International Sureties | 2300-000 | NA | 15.02 | 15.02 | 15.02 |
| Associated Bank | 2600-000 | NA | 669.21 | 669.21 | 669.21 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,428.00 | 1,428.00 | 1,428.00 |
| American Auction Associates, Inc. | 3610-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| American Auction Associates, Inc. | 3620-000 | NA | 1,255.41 | 1,255.41 | 1,255.41 |
| Metro Reporting Service Ltd | 3992-000 | NA | 105.00 | 105.00 | 105.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,631.78 | $ 9,631.78 | $ 9,631.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GROUNDED INDUSTRIAL SERVICES LLC | 7100-000 | NA | 8,300.00 | 8,300.00 | 8,300.00 |
| 2 | IPFS CORPORATION | 7100-000 | NA | 2,358.34 | 2,358.34 | 2,358.34 |
| 4 | JOSEPH CANNONITO | 7200-000 | NA | 64,000.00 | 64,000.00 | 9,006.27 |
| 3 | SHERRI CANNONITO | 7200-000 | NA | 5,000.00 | 5,000.00 | 703.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 79,658.34 | $ 79,658.34 | $ 20,368.22 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-02226 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | J + J MIDWEST TRANSPORTATION INC., | | | | Date Filed (f) or Converted (c): | 01/25/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/17/2016 |
| For Period Ending: | 12/12/2018 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with BMO Harris | 60.00 | 0.00 | | 0.00 | FA |
| 2. checking account with BMO Harris, Frankfort, IL Branch | 0.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 10,180.00 | 10,180.00 | | 0.00 | FA |
| 4. 2001 Yellow Freightliner Sleeper Cab Tractor | 18,000.00 | 18,000.00 | | 5,000.00 | FA |
| 5. 1996 White International Day Cab Tractor | 7,000.00 | 7,000.00 | OA | 0.00 | FA |
| 6. 2005 Black Hart Trailer | 35,000.00 | 35,000.00 | | 25,000.00 | FA |
| 7. 2003 Black Hart Trailer | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 8. Used office equipment, including paper, pens, envelopes | 150.00 | 150.00 | | 0.00 | FA |
| 9. Two Used Tablet Computers | 150.00 | 150.00 | | 0.00 | FA |
| 10. Adversary Case 17-00259 Judgment Order (u) | 0.00 | 28,000.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $98,540.00 | $126,480.00 | | $30,000.00 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into location of assets and possible liquidation of the same 4/4/2016. Motion to employ auctioneer granted 6/24/2016 see Dkt# 15. Motion for turnover granted 7/1/2016 see Dkt# 16. Motion for 2004 exams granted 8/12/2016 see Dkt#'s 25-27. Motion to sell granted 9/16/2016 see Dkt# 33. Motion to sell granted 12/2/2016 see Dkt# 45. Motion to abandon vehicle granted 1/20/2017 see Dkt# 48. Filed Motion to Employ Attorney on 2/8/17 see Dkt# 50. Adversary filed against shareholder 5/21/2017. Filed Motion to employ Accountant on 2/9/2017, see Dkt# 51. Filed Motion for Default Judgment granted in Adversary 8/21/2017. Citation to discover assets served on Adversary defendant 10/31/2017 dkt# 14. Adversay Judgment is uncollectable as Defendant, James LaSalvia, Jr filed a Chapter 7 Bankruptcy and discharge entered 7-12-2018.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Mostly multiple small collections that principal James LaSalvia may or may not have already obtained funds.  Trustee does not believe that it makes business sense to pursue these collections given the costs of employing attorney and filing costs, etc. |
| RE PROP # | 5 | -- | Abandoned per dckt# 48 court order. |
| RE PROP # | 7 | -- | Fully adminstered because Debtor's principal James LaSalvia Jr. testified at deposition that he sold the vehicle prior to the filing of the bankruptcy.  Trustee shall file adversary against Mr. LaSalvia Jr for the value received $17,500.00. |
| RE PROP # | 10 | -- | Judgment is uncollectable as Defendant, James LaSalvia, Jr filed a Chapter 7 Bankruptcy and discharge entered 7-12-2018. |

Initial Projected Date of Final Report (TFR): 05/02/2017   Current Projected Date of Final Report (TFR): 03/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-02226 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: J + J MIDWEST TRANSPORTATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5728 |
| | Checking |
| Taxpayer ID No: XX-XXX5323 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | 4 | American Auction Assocs, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Sales proceeds from Auction of vehicles Liquidation of 2001 Freighter Liner per court approval | 1129-000 | $5,000.00 | | $5,000.00 |
| 09/23/16 | 6 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation proceeds from Sch B Property Sale of 2005 Hart Trailer per court order | 1129-000 | $25,000.00 | | $30,000.00 |
| 09/23/16 | 1001 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Payment to Auctioneer Payment for sale of 2005 Hart trailer | 3610-000 | | $2,000.00 | $28,000.00 |
| 09/23/16 | 1002 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Payment to Auctioneer Payment of expenses | 3620-000 | | $700.00 | $27,300.00 |
| 10/04/16 | 1003 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | Payment to Auctioneer Reversal Check written for wrong amount-to be re-issued | 3620-000 | | ($551.41) | $27,851.41 |
| 10/04/16 | 1003 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | Payment to Auctioneer Court Order Dkt# 36 | 3620-000 | | $551.41 | $27,300.00 |
| 10/04/16 | 1004 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | Payment to Auctioneer sale of 2001 Freightliner Truck expenses approved dkt# 36 | 3620-000 | | $555.41 | $26,744.59 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.78 | $26,727.81 |
| 10/14/16 | 1005 | Metro Reporting Service Ltd 311 S. County Farm Rd. 2nd Floor, Ste E Wheaton, IL 60187 | Trustee Expense - 2004 Exam Reporter Court Reporter for approved 2004 exam | 3992-000 | | $105.00 | $26,622.81 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.08 | $26,581.73 |

| | | Page Subtotals: | $30,000.00 | $3,418.27 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-02226 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: J + J MIDWEST TRANSPORTATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5728 |
| | Checking |
| Taxpayer ID No: XX-XXX5323 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.25 | $26,543.48 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.46 | $26,504.02 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.41 | $26,464.61 |
| 02/07/17 | 1006 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $15.02 | $26,449.59 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.53 | $26,414.06 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.27 | $26,374.79 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.95 | $26,336.84 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.15 | $26,297.69 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.84 | $26,259.85 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.05 | $26,220.80 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.98 | $26,181.82 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.67 | $26,144.15 |

Page Subtotals: $0.00    $437.58

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-02226 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | J + J MIDWEST TRANSPORTATION INC., | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5728 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5323 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.87 | $26,105.28 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.56 | $26,067.72 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.76 | $26,028.96 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.70 | $25,990.26 |
| 02/08/18 | 1007 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $11.05 | $25,979.21 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.90 | $25,944.31 |
| 09/17/18 | 1008 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $4,148.09 | $21,796.22 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($3,750.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($398.09) | 2200-000 | | |
| 09/17/18 | 1009 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,428.00 | $20,368.22 |
| 09/17/18 | 1010 | GROUNDED INDUSTRIAL SERVICES LLC<br>C/O BRIDGETT IPEMA<br>5659 WEST COURT STREET<br>MONEE, IL 60449 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $8,300.00 | $12,068.22 |

| | | | Page Subtotals: | | $0.00 | $14,075.93 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-02226 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: J + J MIDWEST TRANSPORTATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5728 |
| | Checking |
| Taxpayer ID No: XX-XXX5323 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/18 | 1011 | IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY, NJ 07302 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $2,358.34 | $9,709.88 |
| 09/17/18 | 1012 | SHERRI CANNONITO<br>879 SOMERSET COURT<br>NEW LENOX, IL 60451 | Final distribution to claim 3 representing a payment of 14.07 % per court order. | 7200-000 | | $703.61 | $9,006.27 |
| 09/17/18 | 1013 | JOSEPH CANNONITO<br>879 SOMERSET COURT<br>NEW LENOX, IL 60451 | Final distribution to claim 4 representing a payment of 14.07 % per court order. | 7200-000 | | $9,006.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $12,068.22 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5728 - Checking | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:                                   $0.00          $0.00